# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES P. NELSON, <br><br>    Plaintiff, <br><br> v. <br><br> TIMOTHY FILSON, et al., <br><br>    Defendants. | 3:21-cv-00202-ART-CSD <br><br> **ORDER** |

Defendant's counsel submitted a Notice of Under Seal Submission (ECF No. 16). Paragraph 6(c) of the service order required as follows:

> * * * As to any of the named defendants for which the Attorney General's Office cannot accept service, the Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address(es) of those defendant(s) for whom it has such information. If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).

(ECF No. 12 at 2.)

Defendant's under seal submission only provides a post office box address for Defendant Matthew Hartwick.

Counsel for Defendant shall file a statement explaining whether counsel attempted to obtain and provide the last known *physical* address of Defendant Matthew Hartwick, in accordance with Paragraph 6 of this court's order. (ECF No. 12.) If counsel is able to provide the last known physical address of Defendant Matthew Hartwick in Defendant's statement, the statement shall be filed under

1

seal. However, if after a diligent search of state records counsel can only locate post office box address for Defendant Matthew Hartwick, counsel shall file a notice to that effect.

**IT IS SO ORDERED.**

DATED: April 15, 2022.

_____
UNITED STATES MAGISTRATE JUDGE