UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES NELSON,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>TIMOTHY FILSON, et al.,<br><br>　　　　　　　　　Defendants. | 3:21-cv-00202-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 22 |

　　　Before the court is Plaintiff's Motion to Commence Pretrial Conference (ECF No. 22). Plaintiff requests a pretrial conference "to seek a diplomatic resolution and or a strategy for trial." (*Id*. at 2.)

　　　It appears that Defendant's motion to dismiss (ECF No. 19) is currently pending before the court.  Therefore, the court will not schedule a pretrial conference until Defendant's motion is decided.

　　　Plaintiff's Motion to Commence Pretrial Conference (ECF No. 22) is **DENIED** without prejudice.

　　　**IT IS SO ORDERED.**

　　　DATED: June 13, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE