# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES NELSON,<br><br>  Plaintiff,<br>v.<br><br>TIMOTHY FILSON, et al.,<br><br>  Defendants. | 3:21-cv-00202-ART-CSD<br><br>**ORDER** |

On April 15, 2022, the court ordered the Office of the Attorney General (OAG) to attempt to obtain a last known *physical* address for defendant Matthew Hartwick and file it under seal with the court, or file a notice if no physical address can be located after a diligent search. (ECF No. 17.)

The OAG outlined the steps taken to locate a last known physical address for Hartwick, but it was ultimately unsuccessful in obtaining a physical address for Hartwick. (ECF No. 18.)

Through a search of public records, the court has identified a possible physical address for Hartwick which will be filed under seal, but not served on the inmate Plaintiff.

**IT IS HEREBY ORDERED** that the Clerk shall issue a summons for **Matthew Hartwick** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 29). The Clerk shall also send one (1) copy of the court's Screening Order (ECF No. 4), one (1) copy of the Complaint (ECF No. 5), and one (1) copy of this Order to the U.S. Marshal for service on Hartwick. The Clerk shall also send to Plaintiff one (1) USM-285 form. **Plaintiff has until <u>Friday, August 26, 2022</u>, to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.**

**IT IS FURTHER ORDERED** that service must be completed as to Hartwick within 60 days of the date of this order or Hartwick may be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

DATED: August 9, 2022.

_____
UNITED STATES MAGISTRATE JUDGE